**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 64 MAL 2023

         Respondent                  :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

         v.                           :

                                :

KEVIN HOGAN,                      :

         Petitioner                   :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 11th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.